No. 84–724. TEXAS A & M UNIVERSITY ET AL. *v.* GAY STUDENT SERVICES ET AL. Appeal from C. A. 5th Cir. Motion of appellants to disqualify counsel for appellees and to strike appellees' motion to dismiss or affirm denied. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–2034. UNITED STATES DEPARTMENT OF JUSTICE *v.* FALKOWSKI. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heckler* v. *Chaney*, 470 U. S. 821 (1985).

No. 83–2035. UNITED STATES *v.* SCHMUCKER. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wayte* v. *United States*, 470 U. S. 598 (1985).

No. 84–5035. SPIKES *v.* INDIANA. Sup. Ct. Ind. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Hayes* v. *Florida*, 470 U. S. 811 (1985).

No. 84–823. UNITED STATES *v.* DOE No. 462. C. A. 4th Cir. [Certiorari granted, 469 U. S. 1188.] Judgment vacated and case remanded with instructions to dismiss the cause as moot.

No. D–453. IN RE DISBARMENT OF NOTHSTEIN. Disbarment entered. [For earlier order herein, see 469 U. S. 808.]